**NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000758
10-FEB-2023
08:35 AM
Dkt. 16 ODSLJ**

NO. CAAP-22-0000758

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

CJPJ HOLDINGS LLC, Plaintiff-Appellee, v.
U.S. PACIFIC CAPITAL CO., LTD.;
DIAMOND HAT HONEY LLC, Defendants-Appellees, and
SHICHININ LLC, Defendant/Cross-Claimant-Appellant, and
SPRINT CORPORATION, Defendant/Cross-Claim Defendant-Appellee, and
JOHN & JANE DOES 1-10; DOE CORPORATIONS AND ENTITIES 1-10,
Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CC141002485)

ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Ginoza, Chief Judge, Wadsworth and Chan, JJ.)

Upon review of the record, it appears that Defendant/Cross-Claimant-Appellant Shichinin LLC (**Shichinin**) appeals from the following orders entered by the Circuit Court of the First Circuit (**Circuit Court**) in Civil No. 1CC141002485: (1) the April 1, 2022 "Order Denying [Shichinin's] Motion to Vacate Arbitration Award and Ex Parte Motions for Issuance of Commission to Take Out-of-state Depositions Without Prejudice"; (2) the June 30, 2022 "Order Denying Shichinin, LLC's Motion to Confirm Arbitration Award, Filed April 4, 2022 Without Prejudice"; and (3) the December 15, 2022 "Order Explaining Why it is Not Possible or Appropriate for this Court to Enter a Final Appealable Order or Judgment." We conclude that the court lacks appellate jurisdiction because, among other reasons, the Circuit Court has not entered a final, appealable judgment or order under Hawaii Revised Statutes § 658A-28(a) (2016).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of appellate jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, February 10, 2023.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge